UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEO NETWORK, INC,

     Plaintiff(s),

v.

CITY OF DETROIT, et al.,

     Defendant(s).

Case No. 25-cv-12745

Honorable Robert J. White

### ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO STAY CASE SCHEDULE DATES

Defendants' Amended Motion to Stay Case Schedule Dates ("Motion") (ECF No. 30) came before this Court for Hearing on April 15, 2026. On November 25, 2025, the Court entered the Scheduling Order ("Case Schedule Order") (ECF No. 13). For the reasons stated on the record during the hearing, Defendants' Motion is granted in part and denied in part. The Court orders as follows:

1) Pending the Court's ruling to resolve the Defendants' pending Motion for Judgment on the Pleadings, the following Case Schedule Order dates are hereby stayed: Expert discovery, Challenges to experts, any other deadlines related to experts, and the Dispositive motions filing deadline. The fact discovery completion date is not stayed.

1

2)      In addition, the parties may depose the opposing parties' witnesses who are identified as experts or employee witnesses designated as experts, as to both fact topics and expert topics, after the Court rules on the Motion for Judgment on the Pleadings, even if those depositions occur after the current fact discovery cutoff date.

3)      All other case schedule dates in the November 25, 2025 Case Schedule Order remain.

4) If the Court's ruling on the Motion for Judgment on the Pleadings does not resolve the entire case, the Court will set a Scheduling Conference to discuss new dates and thereafter issue an Order setting new dates for parties to complete witness depositions, for Expert discovery, for Challenges to experts, and for the Dispositive motions.

SO ORDERED.

Dated: May 19, 2026                    s/Robert J. White
                                       Robert J. White
                                       United States District Judge